# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0059.  BURNEY-BUTLER, JUDGE v. MACK, JUDGE.**

This Emergency Motion in Arrest of Judgment was docketed on July 14, 2023. On July 16, 2023, Appellant filed an amended emergency motion. Upon consideration, it is ordered that the motions are hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/17/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_, *Clerk.*